**PRISONER CASE**



UNITED STATES ~~DISTRI~~ 07cv7069
NORTHERN DISTRICT C
Civil Cover S  JUDGE BUCKLO
MAG. JUDGE ASHMAN

| Plaintiff(s): | RAMONE GRIFFIN | Defendant(s): | TOM DART, etc., et al. |
|---|---|---|---|

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Ramone Griffin
#2006-0088113
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 17 2007

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham **Date:** 12/17/2007