7/18/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

~~FILED~~

DEC 1 7 2007 *aew*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**    DEC 1 7 2007

RAMONE GRIFFIN 2006-00 58413
_____ Plaintiff _____    ET-AL

v.

TOM
SHERIFF DART
_____ Defendant(s) _____    ET-AL

**07cv7069**
**JUDGE BUCKLO**
**MAG. JUDGE ASHMAN**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, RAMONE GRIFFIN _____ , declare that I am the ☑plaintiff ☐petitioner ☐movant (other _____ ) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?    ☑Yes    ☐No    (If "No," go to Question 2)
    I.D. # 20060088113 _____ Name of prison or jail: COOK COUNTY DEPARTMENT OF CORRE
    Do you receive any payment from the institution? ☐Yes ☑No    Monthly amount: _____

2.  Are you currently employed?    ☐Yes    ☑No
    Monthly salary or wages: _____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: N/A
        Monthly salary or wages: _____
        Name and address of last employer: _____

    b.  Are you married?    ☐Yes    ☑No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages    ☐Yes    ☑No
        Amount _____ Received by _____

b.    ☐ Business, ☐ profession or ☐ other self-employment.    ☐Yes    ☑No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☑No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes    ☑No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☑No
Amount_____Received by_____

f.    ☐Any other sources (state source:_____)    ☐Yes    ☑No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?    ☐Yes    ☑No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?    ☐Yes    ☑No
Property:_____    Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☑No
Address of property:_____
Type of property:_____    Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
☐Yes    ☑No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☑No dependents

_____
_____

RAMONE GRIFFIN
2006008815
H-3

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11/30/07_

x _Ramone Griffin_
Signature of Applicant

x _RAMONE GRIFFIN_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _Ramone Griffin_, I.D.# _2006008813_, has the sum of $ _.26_ on account to his/her credit at (name of institution) _Cook City Dept of Correction_. I further certify that the applicant has the following securities to his/her credit: _———_. I further certify that during the past six months the applicant's average monthly deposit was $ _22.00_ (Add all deposits from all sources and then divide by number of months).

_12/5/07_
DATE

_Soc Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_Soc WORKer DEAn_
(Print name)

rev. 7/18/02




**★ ARAMARK**

Managed Services
*Managed Better.*

## **TRANSACTION REPORT**
### Print Date: 12/05/2007

| Inmate Name: | GRIFFIN, RAMONE T. | Balance: | $0.26 |
|---|---|---|---|
| Inmate Number: | 20060088113 | | |
| Inmate DOB: | 1/18/1977 | | |

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 09/27/2007 | ORDER DEBIT | -30.18 | 0.26 |
| 09/26/2007 | CREDIT | 30.00 | 30.44 |
| 03/23/2007 | ORDER DEBIT | -0.75 | 0.44 |
| 03/16/2007 | ORDER DEBIT | -1.00 | 1.19 |
| 03/09/2007 | ORDER DEBIT | -0.97 | 2.19 |
| 01/12/2007 | ORDER DEBIT | -3.11 | 3.16 |
| 01/11/2007 | ORDER DEBIT | -1.78 | 6.27 |
| 12/29/2006 | ORDER DEBIT | -1.53 | 8.05 |
| 12/22/2006 | ORDER DEBIT | -12.63 | 9.58 |
| 12/15/2006 | ORDER DEBIT | -19.68 | 22.21 |
| 12/08/2006 | ORDER DEBIT | -35.40 | 41.89 |
| 11/22/2006 | ORDER DEBIT | -66.86 | 77.29 |
| 11/15/2006 | CREDIT | 144.15 | 144.15 |

© 2004 ARAMARK Corporation. All Rights Reserved