**FILED**
**JANUARY 29, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DEC 17 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 17 2007

RAMONE GRIFFIN
20060089113

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHERIFF TOM DART
MEDICAL DIRECTOR TING
OFFICER KOZEL

07cv7069
JUDGE BUCKLO
MAG. JUDGE ASHMAN

Case N̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

 ✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: RAMONE GRIFFIN

B. List all aliases: NONE

C. Prisoner identification number: 20060088113

D. Place of present confinement: COOK COUNTY JAIL

E. Address: 2750 S. CALIFORNIA CHGO IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: SHERIFF TOM DART

Title: $ COOK COUNTY SHERIFF

Place of Employment: COOK COUNTY, ILLINOIS

B. Defendant: MEDICAL DIRECTOR TING

Title: COOK COUNTY JAIL MEDICAL DIRECTOR

Place of Employment: COOK COUNTY JAIL

C. Defendant: ___

Title: ___

Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

COUNT 0 8TH AMENDMENT/CRUEL AND UNUSUAL PUNISHMENT 14TH AMENDMENT/DUE PROCESS BEGINNING JUNE 10, 2006. DEFENDANTS BEGAN VIOLATING MY RIGHTS AND DENYING ME MEDICAL ATTENTION. I STARTED SUFFERING FROM PRIOR INJURIES i.e. GUNSHOT WOUNDS. WHICH INCLUDES (RODS AND PINS) IN BOTH OF MY LEGS WHICH CAUSES ME EXTREME PAIN. WHEN I MADE REQUEST TO RECEIVE FURTHER MEDICAL ATTENTION @ COOK CO. JAIL IT TOOK 7 PLUS MONTHS FOR THE DEFENDANTS TO AT LEAST CALL ME TO SPEAK TO ME. BUT I GOT LITTLE HELP AND MANY REFUSALS. PLAINTIFF MADE NUMEROUS REQUEST FOR HELP FOR FOLLOW-UP MEDICAL ATTN. HAD DEFENDANTS ANSWERED HIS REQUEST, THEY WOULD HAVE NOTICED THAT MY HIP AND FEMER ON MY RIGHT LEG WAS HEALING BACK THE WRONG WAY (CROOKED AND APART) WHICH WAS LATER DISCOVERED BY X-RAY. NOW DUE TO THE DEFENDANTS INTENTIONALLY REFUSING PLAINTIFF MEDICAL ATTN. PLAINTIFFS PAIN HAS INCREASED. DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. WHEREAS DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE HIM IRREPARABLE INJURY. DEFENDANTS DID SO MALICIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF THESE VIOLATIONS PLAINTIFF SUFFERS FROM SEVERE PAIN IN HIS BACK AND LEGS, CROOKED BONES AND SWELLING CONSTANTLY, SEVERE DEPRESSION SEVERE HEADACHES AND A BAD LIMP WHEN WALKING.

4  Revised 9/2007

NOTE: ALL DEFENDANTS KNEW OF PLAINTIFF MEDICAL PROBLE[M]
8TH & 14TH AMENDMENT (CRUEL AND UNUSUAL PUNISHMENT & DUE-
PROCESS COUNT ② ON DEC 15, 2006 DEFENDANT OFFICER

COUNT ② — KOZEL TOOK PLAINTIFFS CRUTCHES FROM HIM FOR NO REASON
EXCEPT TO CAUSE HIM PAIN AND SUFFERING. PLAINTIFF SPOKE
TO DEFENDANT WHO TOLD HIM TO STOP "BITCHING AND BOND
OUT" THEN DEFENDANT LAUGHED WHEN DEFENDANT [R.G.] TOOK
PLAINTIFFS CRUTCHES. HE BEGAN HAVING TROUBLE WALKING
AND HAVING MORE PAIN AND SWELLING. DEFENDANTS ACTION
WERE A CONTRIBUTING FACTOR IN HIS NEW MEDICAL PROBLEM
DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND
CAPACITIES, DEFENDANT [R.G.] KNEW OR SHOULD HAVE KNOWN
THAT HIS ACTIONS [COULD OR] WOULD CAUSE PLAINTIFF IRREPARABLE
INJURY. AND DID SO MALICIOUSLY AND WITH THE INTENT
TO CAUSE INJURY. FOR NO PENOLOGICAL PURPOSE.
AS A RESULT PLAINTIFF SUFFERS HEADACHES, DEPRESSION
BONE DEFORMITY.

COUNT ③ 8TH AMENDMENT - CRUEL AND UNUSUAL PUNISHME 14TH AMENDMENT - DUE PROCESS ON OR ABOUT 8-20-0 I COMPLAINED ABOUT MY BLEEDING GUMS, TOOTH ACHES GROWING DENTAL PROBLEMS: ON OR ABOUT THE ABOVE DATE MY GUMS STARTED BLEEDING, AS THEY DO JUST ABOUT DAILY NOW, I WAS TRYING TO BRUSH MY TEETH HERE TO MAINTAIN PROPER DENTA HYGIENE. BUT THE DEFENDANTS STOPPED SELLING OR PROVIDING TOOTH BRUSHES THAT WILL REACH MY BACK TEETH. THE CONTRAPTION I MUST USE IS 2 INCHE LONG AND CANNOT REACH THE BACK OF MY MOUTH AND SINCE DEFENDANTS WON'T LET ME GET DENTAL FLOSS EITHER I MUST HAVE "BAD BREATH" AND DENTAL PROBLEMS. PLAINTIFF SENT/MADE OUT NUMEROUS REQUEST AND GRIEVANCES TO GET HELP BUT WAS TOLD THAT "YALL DON'T GET DENTAL OR EYE CARE ANYMORE WRITE YOUR GOVENOR" DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS WOULD CAUSE PLAINTIFF IRREPARABLE INJURY AND DID SO MALICIOUSLY FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF DEFENDANTS ACTIONS, PLAINTIFF NO SUFFERS FROM GUM INFECTION, BLEEDING GUMS, GINGIVITIS, DECAYING TEETH AND SEVERE DEPRESSION.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$100,000.00 FOR COMPENSENTORY DAMAGES FOR EACH COUNT. $500,000.00 FOR PUNITIVE DAMAGES FOR EACH COUNT. AND ANY OTHER RELIEF THIS COURT DEEMS JUST AND EQUITABLE. ALL RELATED MEDICAL EXPENSES FOR A TIME THAT SHOULD NOT EXCEED THE YEAR 2026 OR TWENTY YEARS AFTER FINAL DISPOSITION OF THIS CASE. PLUS ALL COURT COST AND LEGAL FEES.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __DEC__, 20__06__

_Ramone Griffin_
(Signature of plaintiff or plaintiffs)

RAMONE GRIFFIN
(Print name)

20060089113
(I.D. Number)

2750 S. CALIFORNIA AVE.
P.O. BOX # 089002
CHICAGO, IL, 60608
(Address)

EXHIBIT 7

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Griffin   First Name: Ramone

BRIEF SUMMARY OF THE COMPLAINT:

I have a problem with the Dental Clinic. They not Cleaning Teeth here like any other Clinic. They got to Medical Attention for Dental Issues. The junk food been sold on commissary after so much Sweets will destroy teeth. I feel we should get Medical Attention for medical help. Having gum problems and dentist don't do anything but pull teeth here. I seen the dentist. Told him when I went. He just wanted to pull teeth. He would have visible weeks ago.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

Clean my Teeth

DETAINEE SIGNATURE: Ramone Griffin

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 8/__/07

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Griffin   First Name: Ramone

BRIEF SUMMARY OF THE COMPLAINT: Detainees housed in division one have been placed on Restrictive lock down status. Being in maximum security division we were not given a reason as to why, nor given proper notice or an opportunity to be heard or charged with any disciplinary infraction to induce such a sanction or corporate such punishment.

Violation of the civil rights of the surrounding the Fifth and Fourteenth Amendments of the Constitution, which prohibits Federal and State government interference with life, liberty and property of citizens...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: Restrictive segment and punishment

DETAINEE SIGNATURE: 
C.R.W.'S SIGNATURE:    DATE C.R.W. RECEIVED: 9-4-07