FILED

FEB 07 2008

FEB 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Change of Address

I Ramone Griffin K68821,

I Just want to inform the court that my current address is 6695 State Route 146 East Vienna IL, 62995.

Case number 07C 7069
Judge Bucklo
Magistrate Judge Ashman.