UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMONE GRIFFIN 2006-0088113, | ) ) ) | |
| Plaintiff, | ) ) | 07 C 7069 |
| v. | ) ) | Judge Elaine E. Bucklo |
| SHERIFF THOMAS DART, MEDICAL DIRECTOR TING OFFICER KOZEL, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Ramone Griffin
      K-68821
      Vienna VNA
      6695 State Route 146 E
      Vienna, IL 62995

PLEASE TAKE NOTICE that on **March 10, 2008**, I caused to be filed by CM/ECF, in the United States District Court, Northern District of Illinois, Eastern Division, the attached **Defendant Kozel's Answer to the Complaint.**

                    Respectfully submitted,

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

                    By   _s/Daniel J. Fahlgren_____
                         Daniel J. Fahlgren
                         Assistant State's Attorney
                         500 Richard J. Daley Center
                         Chicago, IL 60602
                         (312) 603-3304
                         #6201163

### CERTIFICATE OF SERVICE

   I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on March 10, 2008, ,electronically pursuant to applicable  Northern District Court Local Rules.
                         _s/ Daniel J. Fahlgren___