UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMONE GRIFFIN<br>2006-0088113, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 07 C 7069 |
| v. | )<br>)<br>) | Judge Elaine E. Bucklo |
| SHERIFF THOMAS DART,<br>MEDICAL DIRECTOR TING, and<br>OFFICER KOZEL, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## DEFENDANTS DART AND TING'S MOTION TO DISMISS THE COMPLAINT

Defendants Sheriff Thomas Dart and Medical Director Andrew Ting, by their attorney, Richard A. Devine, State's Attorney of Cook County, through his Assistant, Daniel J. Fahlgren, move this Honorable Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for failure to state a claim for which relief can be granted. In support of this motion Defendants submit the attached Memorandum of Law.

                                                      Respectfully Submitted,
                                                      RICHARD A. DEVINE
                                                      State's Attorney of Cook County

By:    _s/*Daniel J. Fahlgren*_____
           Daniel J. Fahlgren
           Assistant State's Attorney
           Torts and Civil Rights Litigation Section
           500 Richard J. Daley Center
           Chicago, IL 60602
           (312) 603-3304
           6201163