## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RAMONE GRIFFIN 2006-0088113, | ) ) ) | |
| Plaintiff, | ) ) | 07 C 7069 |
| v. | ) ) | Judge Elaine E. Bucklo |
| SHERIFF THOMAS DART, MEDICAL DIRECTOR TING, and OFFICER KOZEL, | ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Ramone Griffin
     K-68821
     Vienna VNA
     6695 State Route 146 E
     Vienna, IL 62995

PLEASE TAKE NOTICE that on **March 19, 2008**, at 9:15 A.M. I shall appear before the Honorable Elaine E. Bucklo, in the United States District Court, Northern District of Illinois Eastern Division, and present the attached **Defendants' Motion to Dismiss the Complaint.**

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By__s/Daniel J. Fahlgren_____
   Daniel J. Fahlgren
   Assistant State's Attorney
   500 Richard J. Daley Center
   Chicago, IL 60602
   (312) 603-3304
     #6201163

### CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on March 10, 2008 electronically pursuant to applicable Northern District Court Local Rules.

_s/ Daniel J. Fahlgren___