## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ramone Griffin
                Plaintiff,

v.                                                      Case No.: 1:07−cv−07069
                                              Honorable Elaine E. Bucklo

Tom Dart, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Set deadlines/hearing as to defendant's motion to dismiss[17] : Responses due by 4/21/2008. Replies due by 5/5/2008. Target date for ruling by mail set for 6/6/08. Status hearing set for 3/21/08 is reset for 8/1/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.