UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ramone Griffin
                Plaintiff,

v.                                                Case No.: 1:07−cv−07069
                                                Honorable Elaine E. Bucklo

Tom Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

       MINUTE entry before Judge Honorable Elaine E. Bucklo: Plaintiff Ramone Griffin has not filed a response to Defendants Sheriff Tom Dart and Medical Director Ting's motion to dismiss in accordance with the Court's 3/20/08 order. On the Court's own motion, the briefing schedule is reset. Plaintiff shall have 21 days from the date of this order to file a response; if a response is filed, Defendants shall have 14 days from the date it is filed to file a reply. Ruling will be by mail. Plaintiff's failure to file a response in accordance with this order will result in dismissal of these defendants.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.