IN THE
## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF Illinois EASTERN DIVISION

Ramone Griffin,  )
  )
  )
vs )    07 C 7069
  )    NO. 1:07-cv-07069
Tom DarT, eTal. )
  )
  )

**FILED**
MAY 20 2008 MB
May 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

### NOTICE OF FILING

TO: Clerk of The courT

TO: Tom DarT
    Medical DirecTor Ting
    officer Kozel

1 Original & 4 Copy(ies)          1 Copy

PLEASE TAKE NOTICE that on the ___ day of MAY _____, 2008, I have filed, through the U.S. Mail, with the above named parties, the below listed documents:

1) Tom DarT, Sheriff, The Daley CenTer 50. WashingTon Room 704, chicago IL 60602
2) Medical DirecTor Ting, Cook CounTy Jail 2700 S. California Div 5 chicago IL 60608
3) officer Kozel DiVone Cook CounTy Jail 2800 S. California chicago IL 60608
4) _____
5) _____
6) _____
7) _____

### AFFIDAVIT OF SERVICE

I, Ramone Griffin, being first duly sworn upon oath, deposes and avers that he has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. Mail on Housing Unit # 5 , located at the Vienna Correctional Center, 6695 State Route 146 East, Vienna, Illinois 62995, for delivery as First Class mail with postage fully prepaid.

*Ramone Griffin*

6695 State Route 146 East
Vienna, Illinois 62995-3122

Subscribed and sworn to before me this 14 day of MAY , 2008.

*J. Karen Jones*
NOTARY PUBLIC

"OFFICIAL SEAL"
J. Karen Jones
Notary Public, State of Illinois
My Commission Exp. 06/05/2008

IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION.

RAMONE GRIFFIN

(PLAINTIFF)

VS

TOM DART, et al,

(DEFENDANT)

07C7069

NO. 1:07-CV-0769

HONERABLE JUDGE PRESIDING.
ELAINE E. BUCKLO

FILED
MAY 2 0 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS...

IN SUPPORT WHEREOF, PLAINTIFF STATES AS FOLLOWS

1. PLAINTIFF STATES HE WAS DENIED BY DEFENDANTS DUE PROCESS OF LAW

2. PLAINTIFF STATES THAT THE DEFENDANTS CAUSED HIM CRUEL AND UNUSUAL PUNISHMENT DUE TO PRIOR INJURIES SUFFERED BY PLAINTIFF AND THE LACK OF MEDICAL ATTENTION BY THE DEFENDANTS.

3. PLAINTIFF STATES HE RECEIVED NO DENTAL TREATMENT FROM MEDICAL STAFF AT ALL.

4. PLAINTIFF STATES THAT DEFENDANT OFFICER KOZEL CONFISCATED CRUTCHES FROM HIM CAUSING IMPROPER HEALING AND SEVERE PAIN THAT LEAD TO DEPRESSION STANDARDS.

S/S Ramone Griffin
PLAINTIFF

SIGNED BEFORE ME THIS 14 DAY OF MAY 2008.

NOTARY PUBLIC

"OFFICIAL SEAL"
J. Karen Jones
Notary Public, State of Illinois
My Commission Exp. 06/05/2008

WHEREFORE, PLAINTIFF PRAYS THAT A MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS BE DIRECTED TO THE DEFENDANT NAMED ABOVE AND THAT DEFENDANTS MOTION IS NOT GRANTED.

RESPECTFULLY, SUBMITTED

/S/ Ramone Griffin

PLAINTIFF
NUMBER K68821

P.O BOX 100
6695 STATE ROUTE 146 EAST
VIENNA IL 62995