UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMONE GRIFFIN 2006-0088113, | ) ) ) | |
| Plaintiff, | ) ) | 07 C 7069 |
| v. | ) ) | Judge Elaine E. Bucklo |
| SHERIFF THOMAS DART, MEDICAL DIRECTOR TING OFFICER KOZEL, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Matthew B. Steffens
     Scandalgia & Ryan
     55 E. Monroe Street
     Suite 3930
     Chicago, IL 60603

PLEASE TAKE NOTICE that on **August 6, 2008**, I caused to be filed by CM/ECF, in the United States District Court, Northern District of Illinois, Eastern Division, the attached **Defendants Dart and Ting's Answer to the Complaint.**

                    Respectfully submitted,

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

                    By  _s/Daniel J. Fahlgren_____
                       Daniel J. Fahlgren
                       Assistant State's Attorney
                       500 Richard J. Daley Center
                       Chicago, IL 60602
                       (312) 603-3304
                         #6201163

### CERTIFICATE OF SERVICE

   I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on August 6, 2008, ,electronically pursuant to applicable  Northern District Court Local Rules.
                       _s/ Daniel J. Fahlgren___